# MEMORANDA

OF CASES DECIDED DURING THE PERIOD COMPRISED IN THIS VOLUME AND DESIGNATED BY THE COURT "NOT TO BE REPORTED."

## EDMUND C. BOWIE AND VIOLETTA L. BOWIE vs. JAMES M. MUNROE, ASSIGNEE.

Appeal from the Circuit Court for Anne Arundel County. *Reversed.*

Bowie executed a mortgage to secure a loan to him. His wife united in the mortgage and also signed jointly with him promissory notes for the principal and interest. Upon default in payment, the property was sold under a power contained in the mortgage and there being a deficiency the mortgagee obtained in the equity proceeding a decree *in personam* against Bowie for the same. And he then instituted an action at law on the note against Bowie and wife to recover such deficiency. He took a *non-pros.* as to Bowie and judgment was rendered against the wife alone. *Held,* that the judgment should have been either for or against both husband and wife, and the plaintiff could not take the judgment against the wife alone; also, that the decree *in personam* against Bowie did not release him from liability to suit on the note jointly with his wife.

*Daniel R. Magruder* and *James W. Owens,* for appellants. *James M. Munroe,* for appellee.

No. 8, April term, 1895. Recorded in Liber J. S. F. No. 2, etc., folio 791, of "Opinions Unreported."